IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY L. WOOD, Reg. #22991-078                               PLAINTIFF

v.                  NO. 2:17CV00137 JLH-BD

T. SMITH, et al.                                                   DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The defendants' motion to dismiss (docket entry #16) is GRANTED in part and DENIED in part. Wood's FTCA claims against defendants Beasley, Rucker, and Smith are DISMISSED with prejudice. In addition, Wood's claims brought under the ADA, ABA, and PREA are DISMISSED with prejudice. Wood's claim for monetary relief under Section 504 of the Rehabilitation Act is DISMISSED with prejudice. Wood's substantive due process claim is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of April, 2018.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE