**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RANDY L. WOOD,**
Reg. #22991-078                                                                                               **PLAINTIFF**

V.                            CASE NO. 2:17-CV-137-JLH-BD

**T. SMITH**, *et al*.                                                                                        **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.      **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. Mr. Wood may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Wood may waive any right to appeal questions of fact.

**II.**    **Discussion:**

Randy L. Wood, a federal inmate formerly held at the Federal Correctional Complex in Forrest City, Arkansas (FCC-FC), filed this civil lawsuit without the help of a lawyer under the Federal Tort Claim Act, the Americans with Disabilities Act (ADA), the Rehabilitation Act, the Architectural Barriers Act (ABA), the Prison Rape Elimination Act (PREA), and *Bivens v. Six Unknown Agents of Federal Bureau of*

*Narcotics*, 403 U.S. 388 (1971). Many claims Mr. Wood included in his original complaint have been dismissed, including: FTCA claims against Defendants Beasley, Rucker and Smith; claims brought under the ADA, ABA, and PREA; claims for monetary relief brought under Section 504 of the Rehabilitation Act; and the substantive due process claims. (#20)

Mr. Wood notified the Court of his transfer to the Forrest City Federal Prison Camp (#8), but he is apparently no longer at the Prison Camp, as evidenced by mail returned to the court as undeliverable on June 4, 2018, with the notation that Mr. Wood was "not at this institution." (#24)

On June 5, 2018, Mr. Wood was ordered to provide the Court notice of his current address within 30 days. (#25) To date, he has failed to comply with the Court's June 5, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Wood that his claims could be dismissed if he failed to notify the Court of a change in his address. (#2, #25)

### III. Conclusion:

The Court recommends that Mr. Wood's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 5, 2018 Order and failure to prosecute this case. The pending motions (#22, #26) should be DENIED, as moot.

DATED this 6th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE