IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RANDY L. WOOD,**                                                                                     **PLAINTIFF**
Reg. #22991-078

**v.**                         **NO. 2:17CV00137-JLH-BD**

**T. SMITH,** *et al.*                                                                **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Document #28.

Mr. Wood's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's June 5, 2018 Order to update his address and his failure to prosecute this case. The pending motions (#22, #26) are DENIED as moot.

IT IS SO ORDERED this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE