IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RANDY L. WOOD,** **PLAINTIFF**
Reg. #22991-078

v. NO. 2:17CV00137-JLH-BD

**T. SMITH,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE